# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Valladares Arenas,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>Respondents. | No. CV-25-04413-PHX-DWL (JZB)<br><br>**ORDER** |

The Petition in this action was granted December 16, 2025 and Petitioner was released from custody. (Docs. 11-12.)

**IT IS THEREFORE ORDERED** the Clerk of Court enter judgment in Petitioner's favor and close this case.

Dated this 18th day of December, 2025.

*Dominic W. Lanza*
United States District Judge